CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
7/27/2018
JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| ANTOINE TAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:18-cv-00058 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| JPMORGAN CHASE & CO., *et al.*, | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

This case was brought by Antoine Tahan, proceeding *pro se*. On April 9, 2018, defendants filed a motion to dismiss for failure to state a claim (Dkt. No. 7), which was served on Tahan via United States Postal Service that same date. On April 10, the clerk gave Tahan additional notice of this filing and advised him that he must respond within 21 days. (Dkt. No. 8 (reflecting that the court's standard *Roseboro* notice was sent to Tahan).) In that same notice, Tahan was advised that if he did not respond, the court would assume that he had "lost interest in the case and/or . . . agree[d] with" the motion to dismiss. The court also warned that a failure to respond to the motion could result in the dismissal of his case for failure to prosecute. Tahan did not file any response, let alone a timely one.

On July 3, 2018, the court issued an order for Tahan to show cause as to why this case should not be dismissed for failure to prosecute. (Dkt. No. 9.) The order advised Tahan that, if he failed to file a response within 14 days from the entry of the order, the court would dismiss the case for failure to prosecute. Tahan again has failed to file any response. Accordingly, the court hereby DISMISSES the case for failure to prosecute and DENIES AS MOOT defendant's

motion to dismiss for failure to state a claim. The clerk is directed to strike this case from the active docket of the court and to send copies of this order to all counsel of record and to Tahan.

Entered: July 27, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge